UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 12 B 41370 |
| | CHAPTER 13 |
| FRANK HOBSON | |
| LEMUELETTE HOBSON | JUDGE JACQUELINE P COX |
| DEBTORS | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** DEUTSCHE NATIONAL TRUST CO

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 5 | 4 | XXXXXX5730 | $3,634.10 | $3,634.10 | $3,634.10 |
| Total Amount Paid by Trustee | | | | | $3,634.10 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 12-41370-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 20th day of January, 2017.

| | |
|---|---|
| Debtor: | Attorney: |
| FRANK HOBSON | THE SEMRAD LAW FIRM LLC |
| LEMUELETTE HOBSON | 20 S CLARK ST 28TH FLR |
| 12454 S RACINE | CHICAGO, IL 60603 |
| CALUMET PARK, IL 60827 | via Clerk's ECF noticing procedures |
| | |
| Creditor: | Creditor: |
| DEUTSCHE NATIONAL TRUST CO | DEUTSCHE BANK NA |
| % SELECT PORTFOLIO SERVICING | % SELECT PORTFOLIO SERVICING |
| PO BOX 65450 | 3815 S WEST TEMPLE |
| SALT LAKE CITY, UT 84165 | SALT LAKE CITY, UT 84115 |

ELECTRONIC SERVICE - United States Trustee

Date: January 20, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603