**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 12 B 41370 |
| Frank Hobson | ) | HON. COX |
| Lemuelette Hobson, | ) | CHAPTER 13 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE**

To:   Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe St. STE 3850, Chicago, IL 60603;

Dana N O'Brien, McCalla Raymer Pierce, LLC, 1 N. Dearborn Street, Suite 1200, Chicago, IL 60602, representing Select Portfolio and Select Portfolio as Servicing agent for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc Trust 2004-NC8;

Toni Townsend, McCalla Raymer Leibert Pierce, LLC, One North Dearborn Street, Suite 1300, Chicago, IL 60602;

John D. Schlotter, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, representing Deutsche Bank National Trust Company, as Trustee in trust for the registered holders of Morgan Stanley ABS Capital I Inc Trust 2004-NC8, Mortgage Pass-Through Certificates, Series 2004-NC8 as serviced by Select Portfolio Servicing Inc;

Please see attached Service List.

Please take notice that on March 27, 2017, at 9:00 a.m., I shall appear before the Honorable Judge Cox in courtroom 680 in the Federal Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois and present the attached objection and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the creditors listed above and the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on March 14, 2017.

    _/s/ *Steve Miljus*_
Attorney for Debtors
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-41370<br>Northern District of Illinois<br>Chicago<br>Fri Mar 10 17:17:31 CST 2017 | SELECT PORTFOLIO SERVICING, INC<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| ACC Consumer Finance<br>PO Box 264<br>Alsip, IL 60803 | American Collections<br>919 Estes Ct<br>Schaumburg, IL 60193-4436 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245-3504 |
| Armor Systms<br>1700 Kiefer Drive Suite 1<br>Zion, IL 60099-5105 | Bank of America Home Loans<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Cash Advance<br>PO Box 470128<br>Tulsa, OK 74147-0128 |
| Consumer Portfolio Svc<br>Po Box 57071<br>Irvine, CA 92619-7071 | (p)CREDIT ACCEPTANCE CORPORATION<br>25505 WEST 12 MILE ROAD<br>SOUTHFIELD MI 48034-8316 | Credit Protect Assoc.<br>Po Box 802068<br>Dallas, TX 75380-2068 |
| Creditors Collection B<br>755 Almar Pkwy<br>Bourbonnais, IL 60914-2393 | Deutsche Bank National Trust Company, a<br>Serviced by Select Portfolio Servicing,<br>3815 South West Temple<br>Salt Lake City, UT 84115-4412 | Deutsche Bank national Trust Company, as Tru<br>c/o<br>Pierce & Associates<br>1 N Dearborn<br>ste 1300<br>Chicago, IL 60602-4373 |
| Diversifd Co<br>900 South Highway<br>Fenton, MO 63026-2042 | Diversifd Co<br>900 South Highway Suite 210<br>Fenton, MO 63026-2042 | East Bay Funding LLC assignee of Roundup LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29602-0288 |
| Enhancrcvrco<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | First National Colle<br>610 Waltham Way<br>Sparks, NV 89434-6695 | Franklin Collection Sv<br>2978 W Jackson St<br>Tupelo, MS 38801-6731 |
| Homeowners Security Coporation<br>HOSCO<br>P.O. Box 683<br>Schererville, IN 46375-0683 | I C System<br>Po Box 64378<br>Saint Paul, MN 55164-0378 | I.C. System Inc<br>P.O. Box 64378<br>St Paul, MN 55164-0378 |
| IL Dept of Employment Security<br>33 S. State Street<br>8th Floor<br>Chicago, IL 60603-2806 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A231<br>Bedminster, NJ 07921-2693 | Illinois Department of Employment Security<br>P O Box 4385 Chicago,Illinois 60680-4385 |
| Illinois Dept of Employment Sec.<br>Benefit Repayments<br>P.O. Box 19286<br>Springfield, IL 62794-9286 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lvnv Funding Llc<br>Po Box 740281<br>Houston, TX 77274-0281 |

| | | |
|---|---|---|
| Mcsi Inc<br>Po Box 327<br>Palos Heights, IL 60463-0327 | Midwest Orthopaedic Consultants<br>75 remittance Dr<br>Chicago, IL 60675-1001 | Mrsi<br>2250 E Devon Ave Ste 352<br>Des Plaines, IL 60018-4521 |
| Municollofam<br>3348 Ridge Road<br>Lansing, IL 60438-3112 | Mutl H Clctn<br>2525 N Shadeland<br>Indianapolis, IN 46219-1787 | National Auto Finance Company<br>c/o Ally Servicing LLC<br>P O Box 130424<br>Roseville, MN 55113-0004 |
| Nationwide Credit & Co<br>815 Commerce Dr Ste 100<br>Oak Brook, IL 60523-8839 | Natl A Fin<br>Po Box 2150<br>Greeley, CO 80632-2150 | Nrthestcrcol<br>245 Main Street<br>Dickson City, PA 18519-1641 |
| Rmi/mcsi<br>3348 Ridge Rd<br>Lansing, IL 60438-3112 | Rush University Medical Group<br>75 Remittance Dr. Dept 1611<br>Chicago, IL 60675-1611 | Select Portfolio Servicing, Inc.<br>c/o MRLP, LLC<br>1 N. Dearborn, Suite 1200<br>Chicago, IL 60602-4337 |
| Title Max<br>803 E ogden Ave<br>Naperville, IL 60563-2834 | (p)TMX FINANCE LLC FORMERLY TITLEMAX<br>15 BULL STREET<br>SUITE 200<br>SAVANNAH GA 31401-2686 | Van Ru Crdt<br>10024 Skokie Blvd<br>Skokie, IL 60077-9944 |
| Frank Hobson<br>12454 S Racine<br>Calumet Park, IL 60827-5818 | Lemuelette Hobson<br>12454 S Racine<br>Calumet Park, IL 60827-5818 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Steve Miljus<br>The Semrad Law Firm, LLC<br>20 S Clark, 28th<br>Chicago, IL 60603 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5764 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Credit Acceptance<br>25505 W 12 Mile Rd<br>Southfield, MI 48034 | TitleMax of Illinois INC d/b/a TitleMax<br>15 Bull Street, Suite 200<br>Savannah, Georgia 31401<br>(912) 525-2675 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America N.A.       (u)Deutsche Bank National Trust Company       (u)SELECT PORTFOLIO AS Servicing agent for De

(u)Select Portfolio Servicing, Inc.    (d)I.C. System Inc.           End of Label Matrix
                                        P.O. Box 64378               Mailable recipients    50
                                        St Paul, MN 55164-0378       Bypassed recipients     5
                                                                     Total                  55

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 12 B 41370 |
| Frank Hobson ) | HON.  COX |
| Lemuelette Hobson, ) | CHAPTER 13 |
| ) | |
| DEBTORS. ) | |

## OBJECTION TO RESPONSE TO NOTICE OF FINAL CURE PAYMENT

NOW COMES Frank Hobson and Lemuelette Hobson, Debtors, by and through Debtors' attorneys, The Semrad Law Firm, LLC, and hereby move this Honorable Court to enter an Order regarding the response to notice of final cure payment, and state the following:

1. That on October 18, 2012, the Debtors filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. This Honorable Court confirmed the Debtors' Chapter 13 Plan on January 14, 2013.

3. On January 20, 2017, the Trustee filed the Notice of Final Cure Payment regarding Deutsche National Trust Company.

4. On February 7, 2017, Deutsche National Trust Company filed a Response to Notice of Final Cure Payment.

5. Debtor is current on all post-petition payments consistent with §1322(b)(5).

6. Deutsche National Trust Company's pay history does not provide a complete post-petition pay history from the date of filing.  The pay history begins on November 12, 2013, but the date of filing was on October 18, 2012.

7. Debtors respectfully requests this Honorable Court to sustain the objection to the response to notice of final cure payment filed on February 7, 2017.

WHEREFORE, Frank Hobson and Lemuelette Hobson, Debtors, object to the response to notice of final cure payment filed by Deutsche Bank National Trust Company, and for such other and further relief as this Court deems fair and just.

                Respectfully submitted,

                /s/ *Steve Miljus*
                Attorney for the Debtors

                The Semrad Law Firm, LLC
                20 S. Clark Street, 28th Floor
                Chicago, IL 60603
                (312) 913-0625